UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

23-CR-~~149~~ 431 CS (~~ER~~)

- against -

ORDER

PAWEL BAK

    Defendant

-----------------------------------------------------------------x

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics LCSW, P.C, in the amount of $4,750.00, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York

    January 3, 2024

So Ordered.

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 1/3/24



**Empire State Forensics**
Evaluation, Treatment, and Consultation Services

# Superbill

**Empire State Forensics LCSW, P.C.**

Date : 23 October 2023
Invoice No. : 5588
For Questions Call : 9143412039

Pawel Bak

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 10/23/2023 | Psychosexual Evaluation and Report | 11 | 1 | $4,750.00 |
| | | | Total Charges: | $4,750.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $4,750.00
**Balance Due:** **$4,750.00**

Billing Provider: Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

Rendering Provider: Clinician Shoshanna Must, PhD
NPI #: 1295885275

Client: Name: Pawel Bak

Footnote:

USPO Bast, Specialist Expert, Shoshanna Must, PhD Casey Olejar